**Paul KIRSCH, Appellant,**

v.

**DIVISION OF EMPLOYMENT SECURITY, Respondent.**

**No. WD 65829.**

Missouri Court of Appeals, Western District.

March 7, 2006.

Paul Kirsch, Jefferson City, pro se.

Larry Raymond Ruhmann, Division of Employment Security, St. Louis, for respondent.

Before PATRICIA A. BRECKENRIDGE, Presiding Judge, VICTOR C. HOWARD, Judge, and RONALD R. HOLLIGER, Judge.

### ORDER

Paul Kirsch (Claimant) appeals from an order of the Labor and Industrial Relations Commission (Commission) affirming the decision of the Appeals Tribunal of the Division of Employment Security that Claimant does not have good cause under the law to change the beginning date of his unemployment benefit year. We have reviewed the briefs of the parties and the record on appeal and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order. Judgment affirmed pursuant to Rule 84.16(b).